# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PFIZER INC.,<br><br>                       Plaintiff,<br><br>     v.<br>REGOR THERAPEUTICS INC., QILU<br>REGOR THERAPEUTICS INC., XIAYANG<br>QIU, MIN ZHONG, and DOES 1-10,<br><br>                    Defendants.<br>REGOR THERAPEUTICS INC., QILU<br>REGOR THERAPEUTICS INC., XIAYANG<br>QIU, and MIN ZHONG,<br><br>             Counterclaim Plaintiffs,<br><br>     v.<br>PFIZER INC.,<br><br>             Counterclaim Defendant. | Civil Action No. 3:22-cv-0190-JAM |

## JOINT MOTION FOR SUSPENSION OF PRETRIAL DEADLINES

Pursuant to Rule 29(b) of the Federal Rules of Civil Procedure and Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, Plaintiff and Counterclaim Defendant Pfizer, Inc. ("Pfizer") and Defendants and Counterclaim Plaintiffs Regor Therapeutics Inc., QILU Regor Therapeutics Inc., Dr. Xiayang Qiu, and Dr. Min Zhong (together, the "Defendants," and together with Pfizer, the "Parties") jointly move to suspend pretrial deadlines in the above-captioned action currently set forth in the Court's February 16, 2023 Scheduling Order (ECF No. 152), in light of the Parties' pending settlement.

The Parties believe that good cause exists for the Court to grant this motion for suspension of pretrial deadlines, as follows:

*First*, the Parties have agreed in principle on settlement terms. The parties will continue to work in good faith to finalize the settlement agreement. The Parties have further agreed to

cooperate with each other to reasonably address any scheduling issues that may arise while this Joint Motion is pending before the Court.

*Second*, the Parties will advise the Court of the status of the settlement negotiations and the need for any further proceedings in this action no later than July 5, 2023.

*Third,* if the Parties agree as of July 5, 2023 that further proceedings in this action are required, the parties shall submit an amended schedule to the Court governing such proceedings on July 5, 2023.

Wherefore, the Parties respectfully request the Court enter an Order suspending all pretrial deadlines.

Dated: May 30, 2023                                        Respectfully submitted,


| | |
|---|---|
| */s/ Ashok Ramani* | */s/ Andrew Berdon* |
| Ashok Ramani (*pro hac vice*) | Andrew Berdon |
| Gareth E. DeWalt (*pro hac vice*) | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| James Y. Park (*pro hac vice*) | 51 Madison Avenue, 22nd Fl. |
| DAVIS POLK & WARDWELL LLP | New York, NY 10010 |
| 1600 El Camino Real | andrewberdon@quinnemanuel.com |
| Menlo Park, CA 94025 | |
| Tel:    (650) 752-2000 | Mark Yeh-Kai Tung |
| ashok.ramani@davispolk.com | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| gareth.dewalt@davispolk.com | 555 Twin Dolphin Drive, Suite 5th Fl. |
| james.park@davispolk.com | Redwood Shores, CA 94065 |
| | marktung@quinnemanuel.com |
| Dana M. Seshens (*pro hac vice*) | |
| Matthew Cormack (*pro hac vice*) | Dana M. Hrelic |
| DAVIS POLK & WARDWELL LLP | PULLMAN & COMLEY, LLC |
| 450 Lexington Avenue | 90 State House Square |
| New York, NY 10017 | Hartford, CT 06601 |
| Tel:    (212) 450-4000 | dhrelic@pullcom.com |
| dana.seshens@davispolk.com | |
| matthew.cormack@davispolk.com | James Shearin |
| | PULLMAN & COMLEY, LLC |
| James I. Glasser (ct07221) | 850 Main Street, P.O. Box 7006 |
| Jenny R. Chou (ct28201) | Bridgeport, CT 06601 |
| WIGGIN AND DANA LLP | jtshearin@pullcom.com |
| One Century Tower | |

2

265 Church Street, P.O. Box 1832
New Haven, CT 06508
Tel:     (203) 498-4313
jglasser@wiggin.com
jchou@wiggin.com

*Counsel for Plaintiff and Counterclaim*
*Defendant Pfizer Inc.*

*Counsel for Defendant and Counterclaim*
*Plaintiffs Regor Parties*